UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CRYSTAL TAGLIALTELA,**<br>　　　Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;**<br>**and DOES 1 through 10, inclusive,**<br>　　　Defendant. | Case No.: 6:13-cv-01587-GTS-TWD |

## NOTICE OF SETTLEMENT

　　　Plaintiff, CRYSTAL TAGLIALATELA, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendants, PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

DATED: January 17, 2014

RESPECTFULLY SUBMITTED,

By: /s/ Stuart M. Price, Esq.
　Stuart M. Price (513461)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Phone: (818) 907-2030
Fax: (818) 205-2730
Email: stuart@plglawfirm.com
*Attorneys for Plaintiff,*
*Crystal Taglialtela*