UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CRYSTAL TAGLIALTELA,**<br>   Plaintiff,<br><br>vs.<br><br>**PERFORMANT RECOVERY, INC.;**<br>**and DOES 1 through 10, inclusive,**<br>   Defendant. | Case No.: 6:13-cv-01587-GTS-TWD<br><br>NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff, CRYSTAL TAGLIALATELA, by and though her attorney, hereby voluntarily dismisses her claims, with prejudice, against Defendants PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive.

DATED: March 11, 2014

RESPECTFULLY SUBMITTED,

By: /s/ Stuart M. Price, Esq.
Stuart M. Price (513461)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Phone: (818) 907-2030
Fax: (818) 205-2730
Email: stuart@plglawfirm.com
*Attorneys for Plaintiff,*
*Crystal Taglialtela*